SCPW-20-0000359

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

YURIE YAMANO, Petitioner,

vs.

THE HONORABLE DEAN E. OCHIAI, Judge of the Circuit Court
of the First Circuit, State of Hawaiʻi, Respondent Judge,

and

HALEKULANI CORPORATION; ULRICH KRAUER (General Manager of the
Halekulani Hotel); JASON WATERLOW (Director of Food and
Beverage); NICOLE L. BONENFANT (Director of Human Resources); and
OSWALDO RABAGO (Asst. Director of Food and Beverage),
Respondents.

---

ORIGINAL PROCEEDING
(CIVIL NO. 19-1-0432-03)

ORDER DENYING "APPLICATION FOR WRIT OF PROHIBITION/MANDAMUS"
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, J.J.)

Upon consideration of petitioner Yurie Yamano's "Application for Writ of Prohibition/Mandamus", filed on May 6, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that the underlying action remains pending in the circuit court. Petitioner is not entitled to the extraordinary relief requested from this court. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right

to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); <u>Honolulu Advertiser, Inc. v. Takao</u>, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of prohibition "is an extraordinary remedy . . . to restrain a judge of an inferior court from acting beyond or in excess of his jurisdiction."). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of prohibition/mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of prohibition/mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, May 15, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2